# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNY MONROE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-5384** |
| | : | |
| **ETHICON, INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 23rd day of December 2019, upon considering Plaintiff's Motion to remand (ECF Doc. No. 7), Defendants' Response (ECF Doc. No. 15), Plaintiff's Reply (ECF Doc. No. 16), Defendants' Motion to dismiss (ECF Doc. No. 8), Plaintiff's Response (ECF Doc. No. 17), Defendants' Reply (ECF Doc. No. 19), Responses to our November 19, 2019 Order (ECF Doc. Nos. 5, 12, 13), following extensive oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion to remand (ECF Doc. No. 7) is **DENIED**;

2. Following our November 19, 2019 Order (ECF Doc. No. 5), the Clerk of Court shall **transfer** this case to the United States District Court for the Northern District of New York and **close** this case in our District; and,

3. Defendants' Motion to dismiss (ECF Doc. No. 8) is **DENIED** as moot without prejudice to present arguments in the transferee Court if warranted.

_____
**KEARNEY, J.**